737 A.2d 1135

IN THE MATTER OF BARBARA K. LEWINSON,
AN ATTORNEY AT LAW.

October 7, 1999.

## ORDER

The Disciplinary Review Board on April 23, 1999, having filed with the Court its decision concluding that **BARBARA K. LEWINSON** of **EAST BRUNSWICK**, who was admitted to the bar of this State in 1981, and who was suspended from practice for a period of six months on April 19, 1999, and who remains suspended at this time, should be suspended from the practice of law for a further period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 3.2 (failure to expedite litigation), and *RPC* 1.4(a) (failure to keep client informed);

And the Disciplinary Review Board having further concluded that on reinstatement to practice respondent should be required to practice law under the supervision of a practicing attorney for a period of two years;

And good cause appearing;

It is ORDERED that **BARBARA K. LEWINSON** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective October 19, 1999; and it is further

ORDERED that on reinstatement to practice respondent shall practice under supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of two years and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.